# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

RICHARD S. SPRIGGS
11405 CANTERBURY COURT
BOWIE MARYLAND 20721
(301) 978-6643

VS.

EASTERN STATES JOINT BOARD 322
420 W. MERRICK ROAD
VALLEY STREAM NEW YORK 11580

Case: 1:22-cv-01363 JURY DEMAND
Assigned To : Lamberth, Royce C.
Assign. Date : 5/17/2022
Description: Pro Se Gen. Civ. (F-DECK)

## COMPLAINT

ALLOWING NON-UNION DRIVERS TO OPERATE (WORK) FROM A UNIONED FACILITY.

FAILING TO COLLECT UNION DUES FROM NON-UNIONED DRIVERS WORKING IN A UNIONED SHOP/FACILITY

ALLOWING NON UNIONED DRIVERS WORK, WHEN THE COLLECTIVE BARGAINING AGREEMENT SAYS THAT ALL DRIVERS WORKING FROM THIS UNIONED FACILITY MUST PAY UNION DUES AS A CONDITION OF EMPLOYMENT.

**RECEIVED**

MAY 17 2022



Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

ECONOMIC/FINANCIAL DISCRIMINATION CONSTITUTING BAD FAITH BARGAINING FOR PART OF/OR A PORTION OF THE UNIT, INSTEAD OF FOR THE ENTIRE (COLLECTIVE BARGANNING) UNIT.

DEFORMATION OF CHARACTER: DESIMINATIONS OF FALSEHOODS AND LIES ABOUT ME.

FALSE ACCUSATIONS, ACCUSING ME OF TRYING TO EXTORT MONEY FROM THE UNION.

MAIL FRAUD: SENDING FRAUDULENT DOCUMENTS THROUGH THE MAIL, CLAIMING THEM TO BE AUTHENTIC AND TRUE.

VIOLATING THE MERITS AND TENENTS OF NEGOTIATION(S) OF THE COLLECTIVE BARGAINING AGREEMENT BETWEEN MEGABUS NORTHEAST LLC AND THE DRIVERS.

MISUSE OF HEALTHCARE FUNDS.

FAILURE TO PROVIDED REQUESTED MATERIALS PERTAINING TO THE ADMINISTRATION OF FUNDS FOR THE HEALTHCARE COVERAGE FOR THE DRIVER(S).

FAILURE TO HAVE AND HOLD LOCAL MEETINGS IN ACCORDANCE WITH THE CONSTITUTION/BY-LAWS AND PROVIDED POSTED MATERIALS NECESSARY TO KEEP ALL MEMBERS INFORMED.

FAILURE TO HOLD ELECTIONS FOR NEW OFFICERS AT THE BEGINNING OF A NEW CONTRACT/COLLECTIVE BARGANNING AGREEMENT.

ALLOWING NON-NION DRIVERS TO OPERATE COACHES AND DRIVE ROUTES DESIGNATED FOR UNIONED MEMBERS.

EXTERNAL INTERVENTION: REQUIRING ME TO CONTINUOSLY SEEK THE ASSISTANCE FROM THE NATIONAL LABOR RELATION BOARD TO GET INFORMATION FROM THIS UNION WHICH IS A PART OF IT'S FUNCTION TO ME AS A MEMBER.

REQUESTING FIVE MILLION FIVE HUNDRED THOUSAND DOLLARS FROM THE UNION FOR VIOLATING THE CURRENT CBA AND POLICIES PERTAINING TO THE GOVERNING OF THE DRIVERS OF MEGABUS NORTHEAST ONLY.

RICHARD S. SPRIGGS
11405 CANTERBURY COURT
BOWIE MARYLAND 20721
(301) 978-6643